**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00093-CR**
_____

**ERNESTO GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-02-01907-CR**

_____

**MEMORANDUM OPINION**

Appellant Ernesto Garcia appealed from a sentence pronounced on September 6, 2019. The notice of appeal was filed with the trial court on April 27, 2021, more than thirty days from the date of sentencing and outside the time for requesting an extension of time for filing the notice of appeal. We notified the parties that the notice of appeal did not appear to have been timely filed. Garcia filed a response, but he did not establish that the notice of appeal was timely filed.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It does not appear that Garcia obtained an out-of-time appeal from the Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

PER CURIAM

Submitted on June 8, 2021
Opinion Delivered June 9, 2021
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.